UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

DEC 19 2018

David J. Bradley, Clerk of Court

| Division | Houston | Case Number | |
|---|---|---|---|

| Triumphant Gold Limited |
|---|
| *versus* |
| Darren Matloff |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Richard Mooney<br>Rimon PC<br>One Embarcadero Center #400<br>San Francisco, CA 94111<br>415 539 0443; richard.mooney@rimonlaw.com<br>California (176486) |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff Triumphant Gold Limited |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/19/2018 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 12/19/18 | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                                  United States District Judge