RICHARD MOONEY, ESQ.
RIMON, P.C.
ONE EMBARCADERO CENTER, SUITE 400
SAN FRANCISCO, CA 94111
TELEPHONE: 415 683 5472

ATTORNEY FOR: PLAINTIFF

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| TRIUMPHANT GOLD LIMITED | CASE NUMBER |
|---|---|
| PLAINTIFF, | 4:18CV-4770 |
| DARREN MATLOFF | **PROOF OF SERVICE** |
| DEFENDANT. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR RECOGNITION OF A JUDGMENT PURSUANT TO THE UNIFORM FOREIGN-COUNTRY MONEY JUDGMENT RECOGNITION ACT; CIVIL COVER SHEET; MOTION AND ORDER FOR ADMISSION PRO HAC VICE; JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F) FEDERAL RULES OF CIVIL PROCEDURE; ORDER FOR EXAMINATION OF JUDGMENT DEBTOR; JUDGE VANESSA D. GILMORE'S PROCEDURES

in the within action by personally delivering true copies thereof to the person served as follows:

| | |
|---|---|
| Served | : DARREN MATLOFF |
| By Serving | : "JANE DOE" (REFUSED TO STATE NAME - 30-35 YEAR OLD ASIAN FEMALE, 5'3", 120 POUNDS, BROWN HAIR), CO-RESIDENT |
| Address | : 75 VINE STREET, UNIT 805 |
| | SEATTLE, WA 98121 |
| Date of Service | : JANUARY 14, 2019 |
| Time of Service | : 5:01PM |



COUNTY LEGAL
& NOTARY SERVICE

County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
Telephone: (408) 564-7360
Registered in Santa Clara County
Registered California Process Server No. 1410
Registered California Professional Photocopier No. 071

Person serving:   CLINTON TURPEN

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date:   JANUARY 15, 2019          Signature: _____
                                                   CLINTON TURPEN

| | | |
|---|---|---|
| RICHARD MOONEY, ESQ.<br>RIMON, P.C.<br>ONE EMBARCADERO CENTER, SUITE 400<br>SAN FRANCISCO, CA 94111<br>ATTORNEY FOR: PLAINTIFF | 415 683 5472 | FOR COURT USE ONLY |
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS | | |
| PLAINTIFF:<br>TRIUMPHANT GOLD LIMITED | | |
| DEFENDANT:<br>DARREN MATLOFF | | |
| REFERENCE NO.:<br>1197079588 | **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>4:18CV-4770 |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action. My business address is 111 N. Market Street, Suite 300, San Jose, CA 95113. I received the within process on **JANUARY 9, 2019** and that after due and diligent effort I have been unable to effect personal service on the within name

**DARREN MATLOFF**

Residence address (H): 75 VINE STREET, UNIT 805, SEATTLE, WA 98121

Business address (B): UNKNOWN

Below is a list of dates, times and details regarding efforts to effect service.

1/9/2019 @ 9:40PM (H) - THE SUBJECT APARTMENT IS IN A BUILDING WITH A CALL BOX THAT CALLS UP TO EACH APARTMENT. THE SUBJECT'S NAME DID APPEAR ON THE BUILDING DIRECTORY. I CALLED UNIT 805 FROM THE CALL BOX, AND A MALE ANSWERED. THE CONNECTION WAS NOT VERY CLEAR. I TOLD HIM I HAD A DELIVERY, BUT I COULD NOT UNDERSTAND HIS RESPONSE, AND HE HUNG UP. I TRIED CALLING BACK, BUT THERE WAS NO ANSWER. I WAS UNABLE TO ACCESS THE SECURED ELEVATOR TO GO UPSTAIRS TO KNOCK ON THE DOOR.

1/11/2019 @ 5:00PM (H) - I WAS UNABLE TO ACCESS THE ELEVATOR TO GO UPSTAIRS TO THE UNIT. I CALLED THE UNIT FROM THE CALL BOX, BUT THERE WAS NO ANSWER.

1/14/2019 @ 3:20PM (H) - I ARRIVED AT THE SERVICE LOCATION AND BEGAN A STAKE OUT. I WAS ABLE TO GAIN ACCESS TO THE ELEVATOR, AND WENT UPSTAIRS TO THE UNIT. I KNOCKED ON THE DOOR TO THE UNIT, AND A 30-35 YEAR OLD ASIAN FEMALE, 5'3", 120 POUNDS, WITH BROWN HAIR ANSWERED. I ASKED IF THE SUBJECT WAS HOME AND SHE STATED SHE BELIEVED HE WAS WORKING IN CHINA. I ASKED HER IF SHE LIVES HERE AND SHE STATED SHE DOES. I RETURNED TO THE LOBBY TO CALL THE CLIENT WITH STATUS AND AWAITED FURTHER INSTRUCTIONS. AT 4:50PM I RECEIVED PERMISSION FROM THE CLIENT TO SERVE THE DOCUMENTS TO THE FEMALE CO-RESIDENT I HAD JUST SPOKEN WITH. WHEN THE FEMALE CO-RESIDENT ANSWERED THE DOOR AGAIN AT 4:55PM I EXPLAINED THAT BECAUSE SHE IS A CO-RESIDENT OF THE SUBJECT, I WAS GOING TO LEAVE THE DOCUMENTS WITH HER, AND I PLACED THEM ON THE THRESHOLD. SHE RESPONDED BY SAYING SHE HAS NO IDEA WHO DARREN MATLOFF IS. I STATED SHE HAD JUST TOLD ME EARLIER THAT DARREN MATLOFF LIVED THERE, BUT WAS CURRENTLY IN CHINA FOR WORK, AND SHE SAID THAT SHE WAS "CONFUSED". SHE BEGAN TO CLOSE THE DOOR, SO I PICKED UP THE DOCUMENTS AND CALLED THE CLIENT FOR FURTHER INSTRUCTIONS. PER THE CLIENT, I KNOCKED ON THE DOOR AGAIN TO LEAVE THE DOCUMENTS WITH THE WOMAN, HOWEVER, SHE WOULD NOT ANSWER THE DOOR. I LEFT THE DOCUMENTS AT THE FRONT DOOR AND TOOK A PHOTO. I ENDED THE STAKE OUT AND DEPARTED FROM THE LOCATION.



COUNTY LEGAL
& NOTARY SERVICE

County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
Telephone: (408) 564-7360
Registered in Santa Clara County
Registered California Process Server No. 1410
Registered California Professional Photocopier No. 071

The fee for service was:
Declarant: CLINTON TURPEN
I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JANUARY 15, 2019

Signature: _____

CLINTON TURPEN

RICHARD MOONEY, ESQ.
RIMON, P.C.
ONE EMBARCADERO CENTER, SUITE 400
SAN FRANCISCO, CA 94111
Telephone: 415 683 5472
ATTORNEY FOR: PLAINTIFF

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

PLAINTIFF :     TRIUMPHANT GOLD LIMITED
DEFENDANT :     DARREN MATLOFF

Ref # 1197079588         **DECLARATION OF MAILING**         Case No. 4:18CV-4770

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR RECOGNITION OF A JUDGMENT PURSUANT TO THE UNIFORM FOREIGN-COUNTRY MONEY JUDGMENT RECOGNITION ACT; CIVIL COVER SHEET; MOTION AND ORDER FOR ADMISSION PRO HAC VICE; JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F) FEDERAL RULES OF CIVIL PROCEDURE; ORDER FOR EXAMINATION OF JUDGMENT DEBTOR; JUDGE VANESSA D. GILMORE'S PROCEDURES

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

DARREN MATLOFF
75 VINE STREET, UNIT 805
SEATTLE, WA 98121

Date of mailing:   JANUARY 14, 2019



County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
Telephone: (408) 564-7360
Registered in Santa Clara County
Registered California Process Server No. 1410
Registered California Professional Photocopier No. 071

Person serving:   DANIELLE OXFORD

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   JANUARY 15, 2019        Signature: _____
                                          DANIELLE OXFORD