Richard J. Mooney (*pro hac vice*)
richard.mooney@rimonlaw.com
RIMON P.C.
One Embarcadero Center #400
San Francisco, CA  94111
Telephone:  (415) 539-0443

Attorneys for Plaintiff Triumphant Gold Limited

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Triumphant Gold Limited,<br><br>                    Plaintiff,<br><br>      v.<br><br>Darren Matloff,<br><br>                    Defendant. | CASE NO.:  4:18-cv-4770<br><br>**CERTIFICATE OF SERVICE** |

**PROOF OF SERVICE**

I, RICHARD J. MOONEY, am over the age of 18 and not a party to this action. My place of business is One Embarcadero Center, Suite 400, San Francisco, CA 94111. On January 11, 2019, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION (ISSUED);**

2. **COMPLAINT FOR RECOGNITION OF A JUDGMENT PURSUANT TO THE UNIFORM FOREIGN-COUNTRY MONEY JUDGMENT RECOGNITION ACT;**

3. **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* - GRANTED**

4. **CIVIL COVER SHEET;**

5. **JUDGE VANESSA D. GILMORE'S PROCEDURES; and**

6. **JOINT DISCOVERY / CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE.**

on the person(s) listed below in the following manner/s:

| | |
|---|---|
| **X** | **BY UNITED STATES REGISTERED MAIL-RETURN RECEIPT REQUESTED.** I caused the documents to be enclosed in a sealed envelope addressed to the person at the address below and caused the envelope to be placed for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, registered and return receipt requested. |
| ☐ | **BY PERSONAL SERVICE.** I caused the documents to be personally delivered to the person(s) at the address(es) listed below. |
| ☐ | **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. |
| ☐ | **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses below and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. |

The following parties were served the above-referenced documents:

**Darren Matloff, Defendant**
**75 Vine Street, Unit 805**
**Seattle, WA  98121**

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DATED: January 11, 2019

                                                      /s/ Richard J. Mooney
                                                    Richard J. Mooney

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Darren S. Matloff
   75 Vine St., # 805
   Seattle, WA 98121-5109

   9590 9402 1643 6053 6262 84

2. Article Number (Transfer from service label)

   RE 926 300 333 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name): KATIE FLOOD
C. Date of Delivery: 1/14/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☒ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt