United States District Court
Southern District of Texas
**ENTERED**
February 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRIUMPHANT GOLD LIMITED, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-4770 |
| | § § | |
| DARREN MATLOFF, | § § | |
| | § | |
| Defendant. | § | |

## ENTRY OF DEFAULT AS TO DEFENDANT DARREN MATLOFF

On this day, it appears from the Request for Entry of Default against Darren Matloff, that the named defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Now, therefore, the **DEFAULT** of the defendant Darren Matloff is hereby entered on the claims against him filed by Plaintiff Triumphant Gold Limited.

**SIGNED** on this the 21st day of February, 2019, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**