Richard J. Mooney (*pro hac vice*)
richard.mooney@rimonlaw.com
RIMON P.C.
One Embarcadero Center #400
San Francisco, CA  94111
Telephone:  (415) 539-0443

Attorneys for Plaintiff Triumphant Gold Limited

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DVISION

| | |
|---|---|
| Triumphant Gold Limited,<br>                    Plaintiff,<br><br>       v.<br><br>Darren Matloff,<br>                    Defendant. | CASE NO.:  4:18-cv-4770<br><br>**CERTIFICATE OF SERVICE** |

**PROOF OF SERVICE**

I, LISA L. RANSDALL, am over the age of 18 and not a party to this action.  My place of business is One Embarcadero Center, Suite 400, San Francisco, CA  94111.  On February 21, 2019, I served the following document/s:

    1.   **ENTRY OF DEFAULT AS TO DEFENDANT DARREN MATLOFF**

on the person(s) listed below in the following manner/s:

| | |
|---|---|
| ☐ | **BY PERSONAL SERVICE.** I caused the documents to be personally delivered to the person(s) at the address(es) listed below. |
| ☐ | **ELECTRONICALLY:**  I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. |
| X | **BY UNITED STATES MAIL**.  **I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses below and placed the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.** |

The following parties were served the above-referenced document/s:

**Darren Matloff, Defendant**
**75 Vine Street, Unit 805**
**Seattle, WA  98121**

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DATED:  February 21, 2019

                                                  */s/ Lisa L. Ransdall*
                                                Lisa L. Ransdall