1  Richard J. Mooney (*pro hac vice*)
2  richard.mooney@rimonlaw.com
   RIMON P.C.
3  One Embarcadero Center #400
   San Francisco, CA  94111
4  Telephone:  (415) 539-0443

5  Attorneys for Plaintiff Triumphant Gold Limited

6

7                    UNITED STATES DISTRICT COURT
8
                   FOR THE SOUTHERN DISTRICT OF TEXAS
9
                              HOUSTON DVISION
10

11

12  Triumphant Gold Limited,                CASE NO.:  4:18-cv-4770

13                     Plaintiff,           **CERTIFICATE OF SERVICE**

14           v.

15  Darren Matloff,

16                     Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, RICHARD J. MOONEY, am over the age of 18 and not a party to this action. My place of business is One Embarcadero Center, Suite 400, San Francisco, CA 94111. On March 7, 2019, I served the following documents:

1. **MOTION FOR DEFAULT;**

2. **DECLARATION OF RICHARD MOONEY IN SUPPORT OF MOTION FOR DEFAULT;**

3. **[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT;**

4. **[PROPOSED] JUDGMENT.**

on the person(s) listed below in the following manner/s:

| | |
|---|---|
| **X** | **BY UNITED STATES CERTIFIED MAIL-RETURN RECEIPT REQUESTED.** I enclosed the documents in a sealed envelope or package addressed to the person at the address below and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, Certified and Return Receipt Requested. |
| ☐ | **BY PERSONAL SERVICE.** I caused the documents to be personally delivered to the person(s) at the address(es) listed below. |
| ☐ | **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. |
| ☐ | **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses below and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. |

The following party was served the above-referenced documents:

**Darren Matloff, Defendant**
**75 Vine Street, Unit 805**
**Seattle, WA  98121**

#1772950v1<4501-20199>

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DATED: March 7, 2019

        /s/ Richard J. Mooney
        RICHARD J. MOONEY

#1772950v1<4501-20199>

