United States District Court
Southern District of Texas

**ENTERED**
March 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRIUMPHANT GOLD LIMITED, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-04770 |
| | § | |
| DARREN MATLOFF., | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Plaintiff's Motion for Default Judgment (Dkt. # 9) is DENIED. Plaintiff's Motion to set aside default, #12, is granted

SIGNED: 3-29-19

_____
Vanessa D. Gilmore
United States District Judge