UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRIUMPHANT GOLD LIMITED, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-04770 |
| | § | |
| DARREN MATLOFF, | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to this Court's May 7, 2019 Order (Docket No. 16), Defendant, Darren Matloff ("Matloff"), files this Certificate of Interested Persons, identifying the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

- Rooftop Group USA, Inc.

- Gandiva Investments Ltd.

- Asian Express Holdings Ltd.

- Rooftop Group International Pte. Ltd.

Respectfully submitted,

HICKS THOMAS LLP

*/s/ Allen H. Rustay*

Allen H. Rustay
Texas Bar No. 24003726
S.D. Tex. No. 22404
J. Stephen Barrick
Texas Bar No. 00796168
S.D. Tex. No. 22955
700 Louisiana Street, Ste. 2000
Houston, Texas 77002
Tel.:  (713) 547-9100
Fax:  (713) 547-9150

ATTORNEYS FOR DEFENDANT
DARREN MATLOFF

## CERTIFICATE OF SERVICE

Service of this document on all counsel of record was accomplished automatically through the Court's Notice of Electronic Filing on May 29, 2019.

*/s/ Allen H. Rustay*

Allen H. Rustay