UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRIUMPHANT GOLD LIMITED, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-04770 |
| DARREN MATLOFF, | § § | |
| *Defendant*. | § § | |

## SUGGESTION OF BANKUPTCY

**PLEASE TAKE NOTICE** that on June 19, 2019, a voluntary petition was filed in the United States Bankruptcy Court for the Northern District of Texas by Defendant, Darren Scott Matloff. The court assigned Case No. 19-32039-7 as the docket number to the petition.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of a Chapter 7 petition, an injunction is placed into effect which stays, among other things, the commencements or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the filing of the petition, or to recover a claim against the Debtor that arose before the commencement of the Chapter 7 petition, any act to obtain possession of or exercise control over property of the estate, and/or any act to collect, assess, or recover a claim against the Debtor that arose before the filing of the Chapter 7 petition.

Respectfully submitted,

HICKS THOMAS LLP

*/s/ Allen H. Rustay*
Allen H. Rustay
Texas Bar No. 24003726
S.D. Tex. No. 22404
J. Stephen Barrick
Texas Bar No. 00796168
S.D. Tex. No. 22955
700 Louisiana Street, Ste. 2000
Houston, Texas 77002
Tel.: (713) 547-9100
Fax: (713) 547-9150

ATTORNEYS FOR DEFENDANT
DARREN MATLOFF

## CERTIFICATE OF SERVICE

Service of this document on all counsel of record was accomplished automatically through the Court's Notice of Electronic Filing on June 20, 2019.

*/s/ Allen H. Rustay*
Allen H. Rustay