United States District Court
Southern District of Texas
**ENTERED**
June 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRIUMPHANT GOLD LIMITED, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-4770 |
| DARREN MATLOFF, | § § § | |
| Defendant. | § | |

## ORDER

The Court has been advised that the Defendant is under the protection of the automatic stay in Bankruptcy. Accordingly, the captioned case shall be **ADMINISTRATIVELY CLOSED**. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 20 day of June, 2019, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**